IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

FRANCIS AKINRO,

    Plaintiff,

       v.                  CIVIL NO.:  WDQ-10-1296

RADIO SHACK, *et al.*,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

MEMORANDUM OPINION

On May 17, 2010, Francis Akinro,[1] *pro se*, sued Radio Shack and over 50 individuals--including a federal court judge, "Mrs. Barbara Bush," and several Nigerian citizens--and moved for leave to proceed *in forma pauperis*.[2] Paper Nos. 1 & 2. The complaint alleges that:

> [D]efendant Radio Shack advertise[d] their cell phone from Nokia and refuse[d] to sell it [to] me as advertise[d]. At California Mr. Joseph Taye Badejo and his conspirator prevent me from using this card by blockage it and prepared statement every month and the statement they prepared is not what I buy. This statement did not come from Radio Shack. Mr. Badejo and his conspirator are wearing

---

[1] Akinro claims to be "U.S. Solicitor General," "Assistant Attorney General," and a "Professor." *See* Compl. 3-4.

[2] Akinro states that he (1) receives $3,063 per month in retirement income, (2) has been employed by the U.S. Department of Justice since July 2009, and (3) has about $200,000 in the bank. Paper No. 2 at 2. Although Akinro's indigency application contains questionable information, the Court will grant him leave to proceed *in forma pauperis*.

> California Police uniform and are open[ing] gun fire on me every one hour. I am just lucky to be alive.

Compl. 2. As relief, Akinro seeks (1) $897,000 in damages, (2) an injunction ordering Radio Shack to reactivate his credit card, and (3) sentences of life imprisonment and the death penalty for the individual defendants. *Id.* at 3. A "Complaint Addendum" lists over 50 individual defendants, whose connections to the complaint are unclear. *Id.* at Ex. 1. An arrest warrant is also attached to the complaint, which invokes the Federal Rules of Criminal Procedure and the "California Penal Code." *Id.* at Ex. 2.

Prior to the service of process, federal courts may dismiss *sua sponte* claims filed *in forma pauperis* "if satisfied that the action is frivolous or malicious." *Neitzke v. Williams*, 490 U.S. 319, 324 (1989); *see also* 28 U.S.C. § 1915(e)(2).[3] Factually baseless lawsuits include those "describing fantastic or delusional scenarios, with which federal district judges are all too familiar." *Id.* at 328.

Even giving the Complaint and its attachments a generous construction, the Court finds no basis to permit the action to continue or to allow supplementation. The Complaint is replete

---

[3] *See also Denton v. Hernandez*, 504 U.S. 25, 33 (1992); *Cochran v. Morris*, 73 F.3d 1310, 1314 (4th Cir. 1996); *Nasim v. Warden*, 64 F.3d 951, 954-55 (4th Cir. 1995).

with fanciful and delusional allegations.  Accordingly, it shall be dismissed under 28 U.S.C. § 1915(e)(2).


May 27, 2010                                      _____/s/_____  
Date                                                 William D. Quarles, Jr.  
                                                          United States District Judge